UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-2413-MWF(VBKx)**                                Dated: **February 17, 2016**

Title:    Wilfredo Baliton -v- American Red Cross Southern California Blood Services Region

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|  Cheryl Wynn              | None Present    |
|  Relief Courtroom Deputy  | Court Reporter  |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

In light of the Joint Stipulation of Settlement filed February 16, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **March 21, 2016 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated*.

**IT IS SO ORDERED.**

MINUTES FORM 90                                     Initials of Deputy Clerk   __cw__
CIVIL - GEN

-1-