JS-6

```
                FILED
        CLERK, U.S. DISTRICT COURT

              2/19/2016

      CENTRAL DISTRICT OF CALIFORNIA
      BY: _____CW_____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFREDO BALITON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN RED CROSS SOUTHERN CALIFORNIA BLOOD SERVICES REGION, a Non-Profit Corporation; and DOES 1-10, inclusive<br><br>Defendant(s). | Case No.: 2:15-CV-02413- MWF (VBK)<br><br>[Assigned for all purposes to the Honorable Michael W. Fitzgerald, Courtroom 1600]<br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE**<br><br>[FRCP RULE 41(a)(1)(A)(ii)]<br><br>Complaint Filed: February 17, 2015 |

Pursuant to the Joint Stipulation of Dismissal with Prejudice entered into by the parties, Plaintiff WILFREDO BALITON and Defendant AMERICAN RED CROSS SOUTHERN CALIFORNIA BLOOD SERVICES REGION:

IT IS HEREBY ORDERED that Plaintiff's complaint against Defendant, as captioned above, including all parties and claims alleged therein, is dismissed with prejudice in its entirety, with the parties to bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: February 19, 2016

_____
HON. JUDGE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE